MARION A. SELTZER
Attorney-at-Law
1725 York Avenue -Suite 16B
New York, New York 10128

Telephone: (212) 289-8798
Fax: (212) 410-9443

E-mail: Sammyjacob@aol.com

*NOV 22 2005*

BROOKLYN OFFICE

November 11, 2005

The Honorable John Gleeson
United States District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   USA v. Victor Koltun, 04 CR 872 (JG)

Dear Judge Gleeson,

   I write to request that the sentencing of Victor Koltun be adjourned to the second or third week of January. As you may know, my husband John Jacobs died a week ago. I do not wish to make any appearances in court for the next month and I have been unable to adequately review and respond to Mr. Koltun's Pre-Sentence Report which I just received today.

   I am requesting this lengthy adjournment because of medical and family obligations that will occur on around the December holiday season and a trial before Judge Loretta Preska in the Southern District of New York that is scheduled to begin on September 2, 2006,.

Thank you for your consideration.

Respectfully yours,

Marion Seltzer

s/John Gleeson

Copy: AUSA Sean Casey

*Sentence is adjourned to January 13, 2006 @ 2 PM*