## MARION A. SELTZER
## ATTORNEY AT LAW
1725 York Avenue - Suite 16B
New York, New York 10128

Telephone: (212) 289-8798        E-mail: Sammyjacob@aol.com Fax:
(212) 410-9443

December 29, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JAN 10 2006 ★

**BROOKLYN OFFICE**

United States District Court Judge John Gleeson
United States District Court - EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

BY FAX: (718) 260-2457 and ECF

Re:    <u>USA v. Koltun, 04 CTR 872 (JG)</u>

Dear Judge Gleeson,

    I write to request that the court adjourn the sentencing of Victor Koltun for two or three weeks. There are several reasons for this request. First, because of the holiday season and for personal reasons I have not yet completed a sentencing letter on behalf of my client. Second, I am awaiting the 5K1.1 letter from the government which I understand will be written after the New Year. I would like to review that letter with my client before I submit any written arguments to the court. Third, Mr. Koltun's sentencing is presently scheduled for January 13, 2006 at 2:00 P.M. This date is a Friday afternoon. As Your Honor is aware, Mr. Koltun is an Orthodox Jew. For religious and personal reasons, should The Court incarcerate him, he would very much appreciate it if this would not occur on the Jewish Sabbath.

    I have discussed this adjournment with AUSA Sean Casey. He has no objections to my request.

Respectfully yours,

Marion Seltzer

Copy: AUSA Sean Casey

The sentence is adjourned to 3/3/06 @ 10:00am

s/John Gleeson



# facsimile TRANSMITTAL

**MARION SELTZER**
Attorney at Law
1725 York Avenue
New York, New York 10128
e-mail: sammyjacob@aol.com

(212) 289-8798                    Fax: (212) 410-9443

| | |
|---|---|
| Name: | Hon. John Gleeson |
| Organization: | US District Court EDNY |
| Fax: | (718) 260-2457 |
| Date: | December 29, 2005 |
| Subject: | USA v Victor Koltu   04 CR 872 |
| Pages: | 2 |

JDecember 29, 2005